# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| STECKER, THOMAS F | § | Case No. 10-72793 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

                Funds were disbursed in the following amounts:

                Payments made under an interim
                disbursement
                Administrative expenses
                Bank service fees
                Other payments to creditors
                Non-estate funds paid to 3rd Parties
                Exemptions paid to the debtor
                Other payments to the debtor

                Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

Case No:   10-72793   MLB   Judge: MANUEL BARBOSA
Case Name:   STECKER, THOMAS F

For Period Ending:  05/06/13

Trustee Name:   DANIEL M. DONAHUE
Date Filed (f) or Converted (c):   05/28/10 (f)
341(a) Meeting Date:   07/22/10
Claims Bar Date:   11/07/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 407 S. Woodlawn Rd., Creston, IL | 90,000.00 | 4,024.41 | | 4,024.41 | FA |
| 2. Resource Bank - checking account | 7.14 | 0.00 | | 0.00 | FA |
| 3. Resource Bank - checking | 37.74 | 0.00 | | 0.00 | FA |
| 4. Lincoln State Bank - checking | 642.21 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. State Farm - whole life | 852.65 | 0.00 | | 0.00 | FA |
| 8. Stecker Trucking, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1994 International semi-tractor | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. 1994 Cadillac | 600.00 | 0.00 | | 0.00 | FA |
| 11. 1991 Oldsmobile | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 1990 Ford | 250.00 | 0.00 | | 0.00 | FA |
| 13. 1976 Ford Thunderbird | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. 1980 GMC pickup | 500.00 | 0.00 | | 0.00 | FA |
| 15. 2000 Parker car trailer | 1,200.00 | 0.00 | | 0.00 | FA |
| 16. 1994 Great Dane 48" flatbed trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 17. Office equipment of Stecker Trucking | 400.00 | 0.00 | | 0.00 | FA |
| 18. 8500 bu of corn @ 3.30/bu | 28,050.00 | 0.00 | | 0.00 | FA |
| 19. Fullcomplement of farm equipment and implements | 120,000.00 | 0.00 | | 0.00 | FA |
| 20. Check from ADM for saleof 1800 bu of soybeans... | 18,080.64 | 0.00 | | 0.00 | FA |
| 21. 1/3 Ownership interest PreFabricated Light (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $272,870.38         $4,024.41                    $4,024.41         $0.00

(Total Dollar Amount in Column 6)

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 10-72793    MLB    Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STECKER, THOMAS F | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | 341(a) Meeting Date: | 07/22/10 |
| | | | Claims Bar Date: | 11/07/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/11        Current Projected Date of Final Report (TFR): 07/01/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-72793  -MLB |
| Case Name: | STECKER, THOMAS F |
| Taxpayer ID No: | *******0506 |
| For Period Ending: | 05/06/13 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******8159  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/12 | 1 | OGLE COUNTY SHERIFF OGLE COUNTY, IL | INTEREST IN REAL ESTATE | 1129-000 | 4,024.41 | | 4,024.41 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 4,014.41 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 4,004.41 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 4,024.41 | 20.00 | 4,004.41 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,024.41 | 20.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,024.41 | 20.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******8159 | 4,024.41 | 20.00 | 4,004.41 |
| | 4,024.41 | 20.00 | 4,004.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     4,024.41                 20.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 06, 2013 |
|---|---|---|---|---|---|---|---|

Case Number:  10-72793
Debtor Name:   STECKER, THOMAS F

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $626.50 | $626.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $23.70 | $23.70 |
| 000001<br>070<br>7100-00 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Unsecured | | $0.00 | $3,333.06 | $3,333.06 |
| 000002<br>070<br>7100-00 | Hintzsche Fertilizer, Inc.<br>Bradley J. Waller<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Unsecured | | $0.00 | $70,499.58 | $70,499.58 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $1,414.02 | $1,414.02 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,298.85 | $3,298.85 |
| 000005<br>070<br>7100-00 | CNH Capital America LLC<br>Po Box 3600<br>Lancaster, PA 17604-3600 | Unsecured | | $0.00 | $3,383.07 | $3,383.07 |
| 000006<br>070<br>7100-00 | CNH Capital America LLC<br>Po Box 3600<br>Lancaster, PA 17604-3600 | Unsecured | | $0.00 | $5,461.86 | $5,461.86 |
| 000007<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $14,713.12 | $14,713.12 |
| | Case Totals: | | | $0.00 | $102,753.76 | $102,753.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72793
Case Name: STECKER, THOMAS F
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ | $ | $ |
| 000002 | Hintzsche Fertilizer, Inc. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | CNH Capital America LLC | $ | $ | $ |
| 000006 | CNH Capital America LLC | $ | $ | $ |
| 000007 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE