UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STECKER, THOMAS F | § | Case No. 10-72793 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> U.S. Bankruptcy Clerk's Office
> Stanley J. Roszkowski U.S. Courthouse
> 327 South Church Street
> Room 1100
> Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/10/2013 in Courtroom 3100,
> United States Courthouse
> 327 South Church Street
> Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STECKER, THOMAS F § Case No. 10-72793
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,024.41 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,004.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,006.10 | $ 0.00 | $ 1,006.10 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 626.50 | $ 0.00 | $ 626.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 23.70 | $ 0.00 | $ 23.70 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,656.30 |
| Remaining Balance | $ | 2,348.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,103.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 3,333.06 | $ 0.00 | $ 76.65 |
| 000002 | Hintzsche Fertilizer, Inc. | $ 70,499.58 | $ 0.00 | $ 1,621.30 |
| 000003 | FIA CARD SERVICES, N.A. | $ 1,414.02 | $ 0.00 | $ 32.52 |
| 000004 | Capital One Bank (USA), N.A. | $ 3,298.85 | $ 0.00 | $ 75.86 |
| 000005 | CNH Capital America LLC | $ 3,383.07 | $ 0.00 | $ 77.80 |
| 000006 | CNH Capital America LLC | $ 5,461.86 | $ 0.00 | $ 125.61 |
| 000007 | Midland Funding LLC | $ 14,713.12 | $ 0.00 | $ 338.37 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,348.11 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/ Daniel M. Donahue
                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 10-72793-TML
Thomas F Stecker                                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: May 17, 2013
                              Form ID: pdf006            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
```
db          +Thomas F Stecker,   PO Box 216,   Creston, IL 60113-0216
15650665     Allied Business Accounts, Inc.,   300 1/2 S. 2nd Street,   PO Box 1600,   Clinton, IA 52733-1600
15650666     Allied Data Corporation,   13111 Westheimer - Ste. 400,   Houston, TX 77077-5547
15650667    +Anderson Plumbing & Heating, Inc.,   621 First Avenue,   Rochelle, IL 61068-1813
15650668     Associated Recovery Systems,   PO Box 469046,   Escondido, CA 92046-9046
15650669    +Best Welding,   231 Powers Road,   Rochelle, IL 61068-8925
15650670    +Blitt and Gaines, PC,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
15650671    +Bob Schreiber,   Tri-State Spraying Systems,   310 Ridge Street,   Shannon, IL 61078-9317
15650676     CNH Capital,   PO Box 292,   Racine, WI 53401-0292
19548259     CNH Capital America LLC,   Po Box 3600,   Lancaster, PA 17604-3600
15650672     Capital One Bank (USA) NA,   c/o Blatt, Hasenmiller, Leibsker,   PO Box 5463,
              Chicago, IL 60680-5463
20311734     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
15650673    +Cargill, Inc.,   Attn: Craig Patty,   PO Box 350,   Hennepin, IL 61327-0350
15650674     Chase Bank USA,NA,   PO Box 15298,   Wilmington, DE 19850-5298
15650675    +Chase Manhattan Bank,   270 Park Avenue,   Floor 12,   New York, NY 10017-2089
15650677     Dekalb Implement Company,   8680 State Rt. 64,   Sycamore, IL 60178
19371981     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
15650678    +First National Bank,   340 May Mart Drive,   PO Box 49,   Rochelle, IL 61068-0049
15650679    +Hintzsche Fertilizer, Inc.,   4440 State Route 72 West,   PO Box 339,   Kirkland, IL 60146-0339
19334453    +Hintzsche Fertilizer, Inc.,   Bradley J. Waller,   2045 Aberdeen Court,   Sycamore, IL 60178-3140
15650680    +Hueber, LLC,   PO Box 85,   Creston, IL 60113-0085
15650682    +Illinois Tollway,   2700 Ogden Ave,   Downers Grove, IL 60515-1703
15650681     Illinois Tollway,   PO Box 5201,   Lisle, IL 60532-5201
15650683    +Judith A Stecker,   PO Box 216,   Creston, IL 60113-0216
15650684     Kaltenberg Seed Farms, Inc.,   5506 State Road 19,   PO Box 278,   Waunakee, WI 53597-0278
15650689    +MRS Associates, Inc.,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
15650686    +Marvin Alderks Tire Service,   PO Box 179,   Rochelle, IL 61068-0179
15650687    +Meridian Implement,   1011 S. Meridian Road,   Rockford, IL 61102-1199
19932217     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
15650690     National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
15650691    +National Financial Systems, Inc.,   600 W. John Street,   PO Box 9041,
              Hicksville, NY 11801-1051
15650695     Penn Credit Corporation,   PO Box 988,   Harrisburg, PA 17108-0988
15650696     RBS Card Services,   P.O. Box 42010,   Providence, RI 02940-2010
15650698    +Resource Bank, NA,   c/o Foster & Buick Law Group, LLC,   2040 Aberdeen Court,
              Sycamore, IL 60178-3140
15650700    +Rochelle Disposal,   P O Box 268,   Rochelle, IL 61068-0268
15650701    +Rochelle Truck Center,   1631 S. Main Street,   PO Box 112,   Rochelle, IL 61068-0112
15650702     Scott E Stecker,   314 N. Woodlawn Road,   Creston, IL 60113
15650704    +Stan Olsen Oils, Inc.,   426 N. Main Street,   Sycamore, IL 60178-1216
15650705    +The Schindler Law Firm,   1990 E. Algonquin Road,   Suite 180,   Schaumburg, IL 60173-4164
15650706    +Todd Stecker,   7620 S. Woodlawn Road,   Rochelle, IL 61068-9612
15650708     Universal Fidelity, LP,   c/o John Jackson,   PO Box 941911,   Houston, TX 77094-8911
15650709     Walker-Schork International, Inc.,   1055 S. 7th Street,   PO Box 603,   Rochelle, IL 61068-0603
15650710     Wendy S. Howarter,   WilliamsMcCarthy, LLP,   PO Box 339,   Oregon, IL 61061-0339
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15650664       E-mail/PDF: recoverybankruptcy@afninet.com May 18 2013 05:02:49      AFNI,   404 Brock Drive,
                PO Box 3427,   Bloomington, IL 61702-3427
19401380       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2013 06:00:48      Capital One Bank (USA), N.A.,
                PO Box 248839,   Oklahoma City, OK  73124-8839
19591937       E-mail/PDF: rmscedi@recoverycorp.com May 18 2013 05:03:37      Capital Recovery III LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15769046      +E-mail/PDF: rmscedi@recoverycorp.com May 18 2013 05:03:40      Diligentsia Capital Group  LLC,
                Recovery Management Systems Corp,   25 S. E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605,
                Attn: Ramesh Singh
15650685      +E-mail/Text: jlewis@ksbwl.com May 18 2013 05:58:58      Klein Stoddard Buck,
                Buck Waller & Lewis, LLC,   2045 Aberdeen Court, Suite A,   Sycamore, IL 60178-3140
15650688      +E-mail/Text: bankruptcydpt@mcmcg.com May 18 2013 03:06:08      Midland Credit Management,
                Dept. 12421,   P.O. Box 603,   Oaks, PA 19456-0603
15650692      +E-mail/Text: bankruptcydepartment@ncogroup.com May 18 2013 06:09:39      NCO Financial Systems,
                507 Prudential Road,   Horsham, PA 19044-2368
15650694      +E-mail/Text: bankrup@aglresources.com May 18 2013 02:52:03      NiCor Gas - Bankruptcy Dept.,
                1844 Ferry Road,   Naperville, IL 60563-9600
19300265      +E-mail/Text: bankrup@aglresources.com May 18 2013 02:52:04      Nicor Gas,   Po box 549,
                Aurora il 60507-0549
19932218       E-mail/PDF: rmscedi@recoverycorp.com May 18 2013 05:55:06
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
15650699      +E-mail/Text: csmith@rcha.net May 18 2013 06:30:04      Rochelle Community Hospital,
                900 N. Second Street,   Rochelle, IL 61068-1717
```

```
District/off: 0752-3            User: cshabez              Page 2 of 3                   Date Rcvd: May 17, 2013
                                Form ID: pdf006            Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15650703       +E-mail/PDF: jamiep@simmassociates.com May 18 2013 05:00:52      SIMM Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
15650707        E-mail/Text: bnc@ursi.com May 18 2013 04:15:19      United Recovery Systems, LP,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15650693*    +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
15650697    ##+Resource Bank,    302 S 2nd St,   Malta, IL 60150-9533
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**          **Signature:**          _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: May 17, 2013
                              Form ID: pdf006            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2013 at the address(es) listed below:

          Bernard J Natale    on behalf of Debtor Thomas F Stecker natalelaw@bjnatalelaw.com
          Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy J Conklin    on behalf of Creditor    Resource Bank, N.A. tconklin@fosterbuick.com, smaahs@fosterbuick.com

                                                                                                                                                             TOTAL: 7