UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
STECKER, THOMAS F § Case No. 10-72793
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DANIEL M. DONAHUE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CNH CAPITAL AMERICA LLC | | | | | |
| 000006 | CNH CAPITAL AMERICA LLC | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | HINTZSCHE FERTILIZER, INC. | | | | | |
| 000007 | MIDLAND FUNDING LLC | | | | | |
| 000001 | NICOR GAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-72793 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | STECKER, THOMAS F | | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | | 341(a) Meeting Date: | 07/22/10 |
| For Period Ending: | 07/10/13 | | | Claims Bar Date: | 11/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 407 S. Woodlawn Rd., Creston, IL | 90,000.00 | 4,024.41 | | 4,024.41 | FA |
| 2. Resource Bank - checking account | 7.14 | 0.00 | | 0.00 | FA |
| 3. Resource Bank - checking | 37.74 | 0.00 | | 0.00 | FA |
| 4. Lincoln State Bank - checking | 642.21 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. State Farm - whole life | 852.65 | 0.00 | | 0.00 | FA |
| 8. Stecker Trucking, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1994 International semi-tractor | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. 1994 Cadillac | 600.00 | 0.00 | | 0.00 | FA |
| 11. 1991 Oldsmobile | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 1990 Ford | 250.00 | 0.00 | | 0.00 | FA |
| 13. 1976 Ford Thunderbird | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. 1980 GMC pickup | 500.00 | 0.00 | | 0.00 | FA |
| 15. 2000 Parker car trailer | 1,200.00 | 0.00 | | 0.00 | FA |
| 16. 1994 Great Dane 48" flatbed trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 17. Office equipment of Stecker Trucking | 400.00 | 0.00 | | 0.00 | FA |
| 18. 8500 bu of corn @ 3.30/bu | 28,050.00 | 0.00 | | 0.00 | FA |
| 19. Fullcomplement of farm equipment and implements | 120,000.00 | 0.00 | | 0.00 | FA |
| 20. Check from ADM for saleof 1800 bu of soybeans... | 18,080.64 | 0.00 | | 0.00 | FA |
| 21. 1/3 Ownership interest PreFabricated Light (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $272,870.38 $4,024.41 $4,024.41 $0.00

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-72793    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | STECKER, THOMAS F | Date Filed (f) or Converted (c):    05/28/10 (f) |
| | | 341(a) Meeting Date:    07/22/10 |
| | | Claims Bar Date:    11/07/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/11        Current Projected Date of Final Report (TFR): 07/01/13

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-72793 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STECKER, THOMAS F | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******8159 GENERAL CHECKING |
| Taxpayer ID No: | *******0506 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/12 | 1 | OGLE COUNTY SHERIFF<br>OGLE COUNTY, IL | INTEREST IN REAL ESTATE | 1129-000 | 4,024.41 | | 4,024.41 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 4,014.41 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 4,004.41 |
| 06/10/13 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,006.10 | 2,998.31 |
| 06/10/13 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 626.50 | 2,371.81 |
| 06/10/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 23.70 | 2,348.11 |
| 06/10/13 | 000103 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000001, Payment 2.3% | 7100-000 | | 76.65 | 2,271.46 |
| 06/10/13 | 000104 | Hintzsche Fertilizer, Inc.<br>Bradley J. Waller<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Claim 000002, Payment 2.3% | 7100-000 | | 1,621.30 | 650.16 |
| 06/10/13 | 000105 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000003, Payment 2.3% | 7100-000 | | 32.52 | 617.64 |
| 06/10/13 | 000106 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 2.3% | 7100-000 | | 75.86 | 541.78 |
| 06/10/13 | 000107 | CNH Capital America LLC<br>Po Box 3600<br>Lancaster, PA 17604-3600 | Claim 000005, Payment 2.3% | 7100-000 | | 77.80 | 463.98 |
| 06/10/13 | 000108 | CNH Capital America LLC | Claim 000006, Payment 2.3% | 7100-000 | | 125.61 | 338.37 |

Page Subtotals  4,024.41  3,686.04

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-72793 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | STECKER, THOMAS F | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******8159 GENERAL CHECKING |
| Taxpayer ID No: | *******0506 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/13 | 000109 | Po Box 3600<br>Lancaster, PA 17604-3600<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000007, Payment 2.3% | 7100-000 | | 338.37 | 0.00 |

```
                          COLUMN TOTALS                 4,024.41      4,024.41      0.00
                     Less: Bank Transfers/CD's             0.00          0.00
                          Subtotal                      4,024.41      4,024.41
                     Less: Payments to Debtors                          0.00
                          Net                           4,024.41      4,024.41

                                                                        NET        ACCOUNT
     TOTAL - ALL ACCOUNTS                             NET DEPOSITS  DISBURSEMENTS   BALANCE
     GENERAL CHECKING - ********8159                    4,024.41      4,024.41      0.00
                                                       ----------    ----------    --------
                                                        4,024.41      4,024.41      0.00
                                                       ==========    ==========    ========
                                                     (Excludes Account (Excludes Payments  Total Funds
                                                        Transfers)     To Debtors)   On Hand
```

Page Subtotals    0.00    338.37

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*